NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNILOC USA, INC., UNILOC LUXEMBOURG S.A.,**
*Plaintiffs-Appellants*

**v.**

**AMAZON.COM, INC., AMAZON DIGITAL SERVICES, INC., GOOGLE LLC, HOME BOX OFFICE, INC., HULU, LLC, NETFLIX, INC.,**
*Defendants-Appellees*

---

2017-2051

---

Appeal from the United States District Court for the Eastern District of Texas in No. 2:16-cv-00570-RWS, Judge Robert Schroeder, III.

---

## JUDGMENT

---

TIMOTHY EDWARD GROCHOCINSKI, Nelson Bumgardner Albritton P.C., Orland Park, IL, argued for plaintiffs-appellants. Also represented by JOSEPH P. OLDAKER; EDWARD R. NELSON, III, Fort Worth, TX; JAMES ETHERIDGE, RYAN S. LOVELESS, Etheridge Law Group, Southlake, TX.

DAN L. BAGATELL, Perkins Coie LLP, Hanover, NH,

argued for all defendants-appellees. Defendants-appellees Amazon.com, Inc., Amazon Digital Services, Inc., Google LLC, Hulu, LLC, Netflix, Inc. also represented by ANDREW DUFRESNE, Madison, WI; BOBBIE J. WILSON, San Francisco, CA; DANIEL T. SHVODIAN, Palo Alto, CA; MATTHEW COOK BERNSTEIN, San Diego, CA. Defendant-appellee Google LLC also represented by JEANNINE YOO SANO, White & Case LLP, Palo Alto, CA.

ALAN ERNST LITTMANN, Goldman Ismail Tomaselli Brennan & Baum, LLP, Chicago, IL, for defendant-appellee Home Box Office, Inc. Also represented by DOUG J. WINNARD.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* TARANTO and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  |  |
|---|---|
| August 9, 2018 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |